UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JOHN RODGERS,

    Plaintiff,

v.

PINOLE STEAKHOUSE L.P., et al.,

    Defendants.

No. C 14-0083 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     August 28, 2014
Mediator: Marjorie Gelb

IT IS HEREBY ORDERED that the request to allow defendant Pinole Steakhouse L.P.'s insurer representative, Kate Sherman, to appear telephonically at the August 28, 2014, mediation before Marjorie Gelb is GRANTED. The excused parties shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS FURTHER ORDERED that named defendants Kathy Lin and Henry Yip are excused from participating in the mediation.

IT IS SO ORDERED.

Aug 18, 2014    By: _____
Dated                                Elizabeth D. Laporte
                                         United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California