UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>            Plaintiff,<br><br>      v.<br><br>KATHY LIN, et al.,<br><br>            Defendants. | Case No.  14-cv-00083-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on October 16, 2014.  However, as there is a pending Motion to Amend, the Case Management Conference and all related deadlines are VACATED.  The conference will be rescheduled after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: September 22, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge