UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RODGERS,

    Plaintiff,

v.

KATHY LIN, et al.,

    Defendants.

Case No. 14-cv-00083-MEJ   (EDL)

**ORDER**

The Court is in receipt of a letter from Defendants, dated January 28, 2015, requesting that Defendants Lin and Yip be excused from attending the February 19, 2015 settlement conference and that Defendant Pinole Steakhouse L.P.'s insurance representative, Kate Sherman, be permitted to appear at the settlement conference by telephone. Plaintiff opposes the request. Having considered the arguments raised in the Parties' letters, the Court GRANTS in part and DENIES in part Defendants' request. The Court GRANTS Defendants' request to allow Ms. Sherman to appear by telephone and DENIES Defendants' request to excuse Defendants Lin and Yip from attending the settlement conference.

**IT IS SO ORDERED**.

Dated: February 13, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge